98 A.3d 1191

IN THE MATTER OF ANNE P. CATALINE, AN ATTORNEY
AT LAW (ATTORNEY NO. 001691994).

October 2, 2014.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 13–412, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **ANNE P. CATALINE** of **MARLTON,** who was admitted to the bar of this State in 1994, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to communicate with client), and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **ANNE P. CATALINE** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.